**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7249**

———————

JOSEPH R. HEDDINGER,

                                    Petitioner - Appellant,

        versus

SEWALL SMITH, Warden; ATTORNEY GENERAL OF THE
STATE OF MARYLAND,

                                    Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson E. Legg, District Judge.  (CA-98-
1079-L)

———————

Submitted:  December 15, 1998      Decided:  December 29, 1998

———————

Before WIDENER, HAMILTON, and MOTZ, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Joseph R. Heddinger, Appellant Pro Se.  Regina Hollins Lewis, As-
sistant Attorney General, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Joseph R. Heddinger seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal for the reason that Heddinger received constitutionally effective assistance of counsel. See Hill v. Lockhart, 474 U.S. 52, 59 (1985); Strickland v. Washington, 466 U.S. 668, 687-94 (1984). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2